**Order entered January 12, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00993-CV

## GALE C. HUTCHINSON AND JENNIFER A. HUTCHINSON, Appellants

## V.

## JUDGE MIKE YARBROUGH AND HP TEXAS LLC DBA HYPERION HOMES, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01011-2016**

## ORDER

The clerk's record in this case is overdue. By postcard dated October 18, 2016, we notified the Collin County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within 30 days. To date, we have not received the clerk's record.

Accordingly, we **ORDER** Collin County Clerk Stacey Kemp to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellants are not indigent and have not paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification they are not indigent and have not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Stacey Kemp
Collin County Clerk


        /s/     CAROLYN WRIGHT
                    CHIEF JUSTICE